MARY G. SEAVER, *Plaintiff in Error*, v. MERRILL-STEVENS
SHIPBUILDING CORPORATION, A CORPORATION, *Defendant
in Error*.

Decision Filed January 23, 1923.

A Writ of Error to the Circuit Court for Duval County;
George Couper Gibbs, Judge.

*Butler & Boyer*, for Plaintiff in Error;

*Cockrell & Cockrell*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of the
judgment herein, and briefs and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the Court that the
said judgment of the Circuit Court be, and the same is
hereby, affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND
WEST, J. J., concur.